## Mark A. Devine
### *v.*
## Henry C. Edwards.

*At Ottawa, September Term, 1881.*

Briefs—*used in the Appellate Court.*  A party appealing from a judgment of an Appellate Court may file in the cause in this court the briefs used in the Appellate Court, without asking special leave for that purpose.

Appeal from the Appellate Court for the Second District.

Mr. R. N. Botsford, for the appellee, asked leave to file in this cause in this court the briefs that were filed in the Appellate Court in the same cause, prior to this appeal.

Walker, J.: Under the practice in this court the briefs used in the Appellate Court may be filed without special leave for that purpose, and counsel may, if he choose, file additional or supplemental briefs.